ATTACHMENT

| Copyright No: | Title of Work: |
|---|---|
| VA0002017741 | ChickenBreastBnlsGrlMrk00 |
| VA0002017741 | ChickenParmesan018 |
| VA0002055101 | ItalianSausagePeppers001_ADL |
| VA0002046799 | PepperoniCheese001_ADL |
| VA0002022966 | TopSirloinSteakCookedHR0711 |
| VA0002012581 | BeefMeatloaf018 |
| VA0002033004 | BolognaRollSlices001_ADL |
| VA0002023644 | BuffaloWingsCookedHR0411 |
| VA0002025644 | CheeseFeta001_ADL |
| VA0002046821 | CheeseParmesanShredded001_AD |
| VA0002027767 | CheeseMozzarella002_ADL |
| VA0002046824 | ChickenTender006_ADL |