UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>      Plaintiff,<br><br>v.<br><br>TOPS MARKETS, LLC<br><br>      Defendant. | NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:18-cv-01102-FJW-DJS |

  IT IS HEREBY NOTICED that the above case shall be voluntarily dismissed without prejudice.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 11/11/2018

*Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.*